

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Swanson | **Civil Action No.** 17cv0178-JLS-RBB |
| **Plaintiff,** | |
| V. | |
| Cynthia Tampkins, Warden | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court adopts the Report and Recommendation and denies Petitioner's Petition for Habeas Corpus.

Date: 5/14/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano

M. Lozano, Deputy